UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| **NANCY ZAMARRON, et al.,** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 5:08-CV-05166 JLH** |
| | ) | |
| **CITY OF SILOAM SPRINGS, et al.,** | ) | |
| | ) | |
| **Defendants** | ) | |

## JOINT MOTION TO AMEND SETTLEMENT CLASS DEFINITION AND TO ADD CLASS REPRESENTATIVES

The Plaintiffs, Nancy Zamarron, et al., on behalf of themselves and all others similarly situated, through Class Counsel and Defendant, City of Siloam Springs, et al., through Defendants' Counsel, for their motion to amend the Class Definition and add Class Representatives state:

1.      In the Motion to Certify a Settlement Class the proposed class the Plaintiffs seek to represent consisted of the following persons:

> All named Plaintiffs and those similarly situated that were arrested by the Siloam Springs Arkansas Police Department due to a misdemeanor offense not involving drugs, weapons, other contraband, or violence who were subjected to a visual strip search and/or visual body cavity search during the period from July 23, 2005 to December 2, 2008.

The Court certified the above as the class definition.  The Motion to Certify a Settlement Class erroneously limited the Class to persons arrested by only the Siloam Springs Arkansas Police Department.  The Parties intended, per the pleadings and negotiations, that the Class Definition should have included everyone who was arrested by any agency and *detained* at the Siloam Springs Arkansas Police Department due to a misdemeanor offense not involving drugs, weapons, other contraband, or violence who were subjected to a visual strip search and/or visual body cavity search during the period from July 23, 2005 to December 2, 2008.

2.  For the foregoing reasons, the Parties jointly request that this Court grant the motion to amend the class definition to:

> All named Plaintiffs and those similarly situated that were arrested and detained at  the Siloam Springs Arkansas Police Department due to a misdemeanor offense not involving drugs, weapons, other contraband, or violence who were subjected to a visual strip search and/or visual body cavity search during the period from July 23, 2005 to December 2, 2008.

3.   The Plaintiffs also move to amend the Complaint to add the following additional Class Representatives:  Jackie Carson, Rick Carson, Dana Smith, Rachel Goldman, Amanda Moore,  Jonathan Mitchell and Brian Tiller.

WHEREFORE, the parties jointly move to amend the class definition as set forth above, add the additional Class Representatives, and for all other just and proper relief.

Respectfully submitted,

**For Plaintiffs and the Plaintiff Class:**

Date: 08-25-09
                              *Isl* Doug Norwood
                              Doug Norwood
                              Norwood & Norwood, P. A.
                              P. O. Box 1960
                              Rogers, AR  72757
                              Telephone: 479-636-1262
                              Facsimile: 479-636-7595
                              Email: dougnorwood@cox-internet.com

**For Defendants:**

Date: 08-25-09
                              */sl* Michael Moseley
                              Michael Moseley
                              P. O. Box 38
                              North Little Rock, AR  72115
                              Telephone: 501-978-6131
                              Facsimile: 501-978-6561
                              Email: mmosley@arml.org

                              /s/Thomas N. Kieklak
                              Thomas N. Kieklak
                              Harrington, Miller, & Kieklak
                              113 E. Emma
                              Springdale, AR  72764
                              Telephone: 479-751-6464
                              Facsimile: 479-751-3715
                              Email: tnkieklak@arkansaslaw.com